IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN CANDIDO CHAVEZ, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 2:16cv525-WHA |
| | ) (WO) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the petitioner's Motion to Dismiss (Doc. No. 9) is GRANTED and that this action is DISMISSED without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 17th day of August, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE